IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

LEONARD ALLEN SCHENK,   CASE NO.   3:07cr90/LAC
  a/k/a Nathaniel Schenk,
  a/k/a Nathan Allen,
  a/k/a Nathaniel 453,
and
JERRI C. STRINGER,
  a/k/a Jerri F. Clinard,
  a/k/a Sensual Creole

## MOTION REQUESTING AN ORDER
## SEALING THE SUPERSEDING INDICTMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court issue an Order sealing the superseding indictment returned by the grand jury in this case, and in support of this motion states as follows:

1.  The defendant **JERRI C. STRINGER, a/k/a Jerri F. Clinard, a/k/a Sensual Creole** has not been arrested as a result of the activities alleged in the indictment. Public revelation of the indictment could severely hamper law enforcement's ability to locate and apprehend the defendant to answer the charges.

FILED IN OPEN COURT THIS
8/21/07
CLERK U.S. DISTRICT
COURT, NORTHERN DIST. FL.

2.  The United States further moves the Court that the indictment in this case shall remain sealed until the defendant **JERRI C. STRINGER, a/k/a Jerri F. Clinard, a/k/a Sensual Creole** is arrested.

WHEREFORE, in order to arrest the defendant before the indictment is made available to the public, it is respectfully requested that the court order the sealing of the indictment returned in this case.

    Respectfully submitted,

    GREGORY R. MILLER
    United States Attorney

    STEPHEN P. PREISSER
    Special Assistant U.S. Attorney
    FL Bar No. 303712
    21 E. Garden Street, Suite 400
    Pensacola, FL 32502
    (850) 444-4000

DONE and ORDERED this 22nd day of August 2007.

    UNITED STATES MAGISTRATE JUDGE