IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.

CASE NUMBER 3:07CR90/LAC

LEONARD A. SCHENK, ET AL

_____/

## MOTION REQUESTING AN ORDER UNSEALING THE SUPERSEDING INDICTMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and requests this Court issue an Order unsealing the superseding indictment returned by the grand jury in this case, and in support of this motion states as follows:

1.  The defendant, JERRI C. STRINGER, has been arrested on the warrant issued following the return of the superseding indictment in this case. The defendant, LEONARD A. SCHENK, is in custody. There is no further need to have the superseding indictment under seal.

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 AUG 23  AM 9: 50

FILED

WHEREFORE, it is respectfully requested that the Court order the unsealing of the superseding indictment returned in this case.

Respectfully submitted,

GREGORY R. MILLER
UNITED STATES ATTORNEY


STEPHEN P. PREISSER
Assistant United States Attorney
Florida Bar No. 303712
21 East Garden Street
Pensacola, Florida 32502
(850) 444-4000


DONE AND ORDERED this the 23rd day of August, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

2