IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                                    CASE NO.:  3:07cr90/LAC

**LEONARD A. SCHENK**

---

### ORDER

On motion by the government and the proffer of evidence by the government's counsel, and without objection from defendant, it is ORDERED as follows:

1. Defendant is restricted from any personal visitation at his place of confinement pending trial other than by his counsel, Robert Dennis, Esq., any attorney of the Office of the Federal Public Defender, and that office's investigator, Ms. Penny Francisco.

2. Any other visitor must first be cleared with the court on motion by defense counsel, and then allowed only on written order of the court.

DONE and ORDERED this 27th day of August, 2007.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE