# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                    CASE NO. 3:07CR90LAC

LEONARD ALLEN SCHENK

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on   December 6, 2007
Type of Motion/Pleading: EXPEDITED MOTION FOR ORDER TO PERMIT DEFENDANT'S OUT OF TOWN RELATIVES TO VISIT DEFENDANT AT ESCAMBIA COUNTY JAIL
Filed by: DEFENDANT   on 12/6/07   Document 55
(X)   Stipulated/Consented/Joint Pleading
RESPONSES:
                                          on            Doc.#
                                        on            Doc.#
                                        WILLIAM M. McCOOL, CLERK OF COURT

                                        Deputy Clerk: Mary Maloy

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 7th day of December, 2007, that:

(a)   The requested relief is GRANTED.

(b)   The defendant shall be allowed visitation from the following relatives: Jerri Springer, Dorothy Elaine Schenk, and Marjorie Hess.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.