IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                          Case No.     3:07cr90/LAC
                                                                3:09cv342/LAC/CJK

LEONARD ALLEN SCHENK,
      Defendant.
_____

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 14, 2012. (Doc. 143). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of objections filed.

Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.      The motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C.

§ 2255 (doc. 120) is DENIED.

DONE AND ORDERED this 18th day of September, 2012.


                                  s/*L.A. Collier*  
                                  LACEY A. COLLIER  
                                  SENIOR UNITED STATES DISTRICT JUDGE